FILED
DEC 9 - 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-CR-165 BR |
| Plaintiff, | |
| v. | ORDER OF GARNISHMENT |
| BERNADINE RAIFORD, | |
| Defendant, | |
| OREGON DEPARTMENT OF REVENUE, | |
| Garnishee. | |

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on December 6, 2010.

On November 15, 2010, defendant was notified of her right to a hearing and has

not requested a hearing to determine exempt property.

IT IS ORDERED that this Order serve as continuing, and garnishee will pay to the United States all future proceeds until defendant's debt to the plaintiff is paid in full, or until the garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

Payments shall be made payable to Clerk of Court and mailed to United States District Court, Attn: Clerk's Office, 1000 SW Third Avenue, Suite 740, Portland, OR 97204.

Dated: 12-9-10

MARY MORAN
Clerk of Court
U.S. District Court

By: _Bonnie Bouger_
Deputy Clerk

PAGE 2 - ORDER OF GARNISHMENT
    U.S. v. Raiford, 07-CR-165 BR